RICHARD N. LIPOW
ATTORNEY AT LAW
629 SWEDESFORD ROAD
MALVERN PA 19355
610-251-2500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE  Patricia Kubicek | : |
| DEBTOR | : Chapter 7 |
| MTGLQ Investors, LP, | : DOCKET: 13-14287-JKF |
| Movant | : Hearing Date: 1/6/2016; 9:30 am; Crtrm 3 |
| v. | : |
| Patricia Kubicek, Debtor | : |
| and | : |
| William Miller, Trustee | : |

**Response to Motion for Relief from Automatic Stay**

Comes now Debtor Patricia Kubicek who opposes the motion as follows:

1. Admitted.

2. Denied. Document speaks for itself.

3. Denied in part and admitted in part.

4. Denied. Debtor has made all post petition payments.

5. Denied.

-1-

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10.     Movant had no need to incur legal fees as there is no post petition default.

11.     Admitted.

WHEREFORE, debtor prays for an order denying the relief requested and awarding attorney fees to the Debtor for the cost of responding to the instant motion which motion was brought in bad faith.

**RESPECTFULLY SUBMITTED,**

/s/ RICHARD N. LIPOW
By_____
RICHARD N. LIPOW, ESQUIRE
Attorney for the Debtor
629 Swedesford Road Malvern PA 19355 610-251-2500

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document with any and all exhibits and Notice of Motion were electronically served on the movant's attorney, as well as the US and Chapter 13 Trustees at the time those documents were filed.

Dated: 9/13/16                /s/ Richard N Lipow
                              Richard N Lipow
                              Attorney for the Debtor