# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Patricia Kubicek | : |
| xxx-xx-6283 | :CHAPTER 13 |
|        Debtor, | :CASE NO. 13-14287/JKF |
| _____ | : |
| MTGLQ Investors L.P. | : |
|        Movant, | : |
| v. | : |
| PATRICIA KUBICEK | : |
|        Debtor, | : |
| And | :Courtroom #3 |
| WILLIAM C. MILLER, ESQUIRE | : |
|        Trustee | : |
| | :Hearing Date: November 9, 2016 |
|        Respondents. | : |
| _____ | : |

## WITHDRAW OF MTGLQ INVESTORS L.P.'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

MTGLQ Investors L.P., through its Attorney, Emmanuel J. Argentieri, Esquire, hereby withdraws its motion for relief from stay which was filed with the court on August 30, 2016 and docketed as Document Number 64.

                                                    Respectfully,
                                                    Attorneys for Movant

                                                    By: /s/ Emmanuel J. Argentieri
                                                        Emmanuel J. Argentieri, Esquire
                                                        PA Attorney ID No. 59264

Dated: October 4, 2016