UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA


In re:        Patricia Kubicek              :        Chapter 13

                        Debtor              :        Bky. No. 13-14287-amc

                                            :


ORDER


AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge.**


FOR THE COURT

_____

Date:  **January 2, 2019**

JUDGE ASHELY M. CHAN
UNITED STATES BANKRUPTCY COURT